# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV575** |
| vs. ) | |
| ) | **ORDER** |
| **MIKE'S TRAIN HOUSE, INC. d/b/a/** ) | |
| **M.T.H. ELECTRIC TRAINS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on Union Pacific Railroad Company's MOTION TO AMEND PROGRESSION ORDER [96]. Union Pacific has complied with NECivR 7.1(i). The court has considered defendant's response in opposition [102]. The court finds that Union Pacific has shown good cause for its request, that the requested extension is reasonable and will not delay the progress of the case, and that Union Pacific's motion should be granted.

**IT IS ORDERED** that Union Pacific Railroad Company's MOTION TO AMEND PROGRESSION ORDER [96] is granted, as follows:

1. The July 17, 2006 deadline is vacated and all parties are excused from identifying expert witnesses by July 17, 2006.

2. An expert witness disclosure schedule will be established during the August 3, 2006 planning conference.

**DATED July 14, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**