## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** )<br>)<br>         **Plaintiff,**                          )<br>                                                      )<br>         **vs.**                                     )<br>                                                      )<br>**MIKE'S TRAIN HOUSE, INC. d/b/a/**   )<br>**M.T.H. ELECTRIC TRAINS,**              )<br>                                                      )<br>         **Defendant.**                         ) | **8:05CV575**<br><br>**ORDER** |

This matter is before the court on the Motion to Withdraw as Counsel for the defendant [124] filed by co-counsel on behalf of Jacqueline Criswell.

**IT IS ORDERED:**

1.   The Motion [124] is granted, and the appearance of Jacqueline Criswell is deemed withdrawn.  The Clerk shall terminate all further notices as to Ms. Criswell.

2.    For purposes of this case, Jacqueline Criswell is excused from registering for the court's CM/ECF System.

**DATED August 3, 2006.**

                                                            BY THE COURT:

                                                            s/ F.A. Gossett
                                                            **United States Magistrate Judge**