IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV575** |
| vs. | ) | |
| | ) | **ORDER** |
| **MIKE'S TRAIN HOUSE, INC. d/b/a/** | ) | |
| **M.T.H. Electric Trains,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED** that the MOTION FOR LEAVE OF COURT TO WITHDRAW AS PLAINTIFF'S COUNSEL [125] is granted. The Clerk shall terminate the appearances of B. Trent Webb, Bart A. Starr, M. Jennifer Brown, and Douglas W. Robinson as counsel for the plaintiff and shall direct all further notices to substitute counsel.

**DATED August 4, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**