IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,              )<br>                                                                           )<br>　　　　　　Plaintiff,                                     )<br>                                                                           )<br>　　vs.                                                             )<br>                                                                           )<br>MIKE'S TRAIN HOUSE, INC. d/b/a/            )<br>M.T.H. Electric Trains,                               )<br>                                                                           )<br>　　　　　　Defendant.                                  ) | 8:05CV575<br><br>ORDER |

**IT IS ORDERED** that the MOTION FOR LEAVE OF COURT TO WITHDRAW AS PLAINTIFF'S COUNSEL [125] is granted. The Clerk shall terminate the appearances of Kenneth P. Kula and Adam P. Seitz as counsel for the plaintiff and shall direct all further notices to substitute counsel.

**DATED August 8, 2006.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　**United States Magistrate Judge**