IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CV575** |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| **MIKE'S TRAIN HOUSE, INC. d/b/a/ M.T.H. Electric Trains,** | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the parties' JOINT NOTICE REGARDING MEDIATION [143],

**IT IS ORDERED** that the parties are given until and including **October 5, 2006** to file a Status Report regarding their choice of mediator, the date of mediation, and the date of the McAuliffe deposition.

**DATED September 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**