IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIKE'S TRAIN HOUSE, INC. d/b/a/ )<br>M.T.H. ELECTRIC TRAINS, )<br>)<br>Defendant. ) | 8:05CV575<br><br>ORDER |

The parties have filed a Stipulation [156] requesting the *in camera* review of six emails recently produced by UPRC in partially redacted form under the claim of attorney client and work product privilege.

Upon consideration of the Stipulation, and for good cause shown,

**IT IS ORDERED** that the Stipulation [156] is granted.  The parties shall abide by the procedure outlined in their Stipulation and the court will enter an order sustaining or overruling UPRC's claims of privilege no later than October 3, 2006.

**DATED September 29, 2006.**

                                                        BY THE COURT:

                                                        s/ F.A. Gossett
                                                        **United States Magistrate Judge**