# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV575** |
| vs. | ) | |
| | ) | **ORDER** |
| **MIKE'S TRAIN HOUSE, INC. d/b/a/** | ) | |
| **M.T.H. ELECTRIC TRAINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court is a Stipulation of Plaintiff, Union Pacific Railroad Company and Defendant, Mike's Train House, (Document No. 193) regarding the stay of discovery pending mediation.

Upon consideration of the Stipulation, it is HEREBY ORDERED that the parties shall abide by the terms set forth in the Stipulation.

**DATED October 23, 2006.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**