IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MIKE'S TRAIN HOUSE, INC. d/b/a/ )<br>M.T.H. ELECTRIC TRAINS, )<br>)<br>Defendant. ) | 8:05CV575<br><br>ORDER |

On November 9, 2006, the parties advised the Clerk of the Court that case was mediated on November 2, 2006 and a full agreement was reached.  Pursuant to NECivR 68.1,

**IT IS ORDERED:**

1. The parties are given until and including **December 15, 2006** to file all documents necessary to terminate this action.

2. If the parties fail to file such documents, the court may dismiss the action without further notice and without prejudice to the right to secure reinstatement of the case within thirty (30) days after the date of the dismissal order by making a showing of good cause about why the parties did not in fact consummate the settlement.

**DATED November 9, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**