IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CIV. No. 8:05-CV-575 |
| v. | ) | |
| | ) | |
| **MIKE'S TRAIN HOUSE, INC.** | ) | |
| **doing business as MTH ELECTRIC TRAINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## STIPULATION

The parties are working in good faith to complete their settlement documentation. Substantial progress has been made and the parties expect to submit a joint stipulation of dismissal by the end of next week. Thus, the parties ask the Court for a one week extension of time to file the dismissal of this case.

| | |
|---|---|
|   /s/ John J. Dabney |  /s/ Robert N. Phillips |
| John J. Dabney | Robert N. Phillips |
| McDermott Will & Emery LLP | Howrey LLP |
| 600 Thirteenth Street, N.W. | 525 Market Street, Suite 3600 |
| Washington, D.C.  20005 | San Francisco, CA  94105 |
| | |
| Attorney for Defendant, MTH Electric Trains | Attorney for Plaintiff, Union Pacific Railroad Company |

DM_US\8421301.v1

## **CERTIFICATE OF FILING**

I HEREBY CERTIFY that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: John Dabney, McDermott Will & Emery LLP, 600 Thirteenth Street, N.W., Washington, D.C., 20005-3096, jdabney@mwe.com.

   /s/ Robert N. Phillips
Robert N. Phillips
Attorney for Union Pacific Railroad Company