IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD, Company, | ) ) ) | CASE NO. 8:05CV575 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| MIKE'S TRAIN HOUSE, Inc., d/b/a MTH Electric Trains, | ) ) ) | |
| Defendant. | | |

This matter is before the Court on the parties' Stipulation Regarding Dismissal With Prejudice. I find that the parties' stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation Regarding Dismissal (Filing No. 201) is approved, and the relief requested therein shall be granted;

2. The Complaint is dismissed with prejudice; and

3. The parties shall bear their own costs and fees unless they have otherwise agreed in writing.

DATED this 26th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge